UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:03-cr-476-T-23EAJ

ROMULO SILVA
_____/

### ORDER

Romulo Silva's "Writ of Error Coram Nobis And/Or Audita Querela" (Doc. 259). was dismissed (Doc. 260) on April 20, 2010, as a second or successive Section 2255 motion filed without permission from the circuit court. Rather than move in the circuit court for permission to file a second or successive Section 2255 motion, Silva (a) moves to amend the earlier denied motion in an attempt to transform it into a motion for permission to file a second or successive Section 2255 motion and (b) moves for an order transferring the "new" motion to the circuit court. (Docs. 261, 262)

The motions (Docs. 261, 262) to amend and transfer Silva's earlier denied motion are **DENIED**.

ORDERED in Tampa, Florida, on May 12, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE